UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

A I MARINE ADJUSTERS, INC.,

                  Plaintiff,

      -against-

M/V SIRI BHUM, ORIENT
CONTAINER LINE, LTD.,
and NATIONWIDE CFS,

           Defendants.
------------------------------------X

05 Civ. 7227 (LBS)(THK)

**REPORT
AND RECOMMENDATION**

MEMO ENDORSED

*Endorsement
Adopted and
approved without
objection.
So ordered
[signature] Sand
USDJ
3/6/07*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/07

FROM:  THEODORE H. KATZ, United States Magistrate Judge.
TO:    HON. LEONARD B. SAND, United States District Judge.

     This action was referred to this Court for an inquest on damages after A I Marine Adjusters' ("Plaintiff") motion for a default judgment was granted against Nationwide CFS ("Defendant" or "Nationwide") for failure to plead or otherwise appear in this action.[1]  The parties, including Defendant, were informed of the reference and were instructed as follows: 1) Plaintiff was to submit, by May 1, 2006, proposed findings of fact and conclusions of law, a memorandum of law, as well as an affidavit and appropriate documentation in support of its request for damages (Plaintiff was also instructed to state its position on whether it believed an evidentiary hearing was necessary); 2) Plaintiff's submissions were to be served on Defendant; and 3) if Defendant intended to oppose the request for damages, it was instructed to submit responsive papers by May 15, 2006. (See Letter from Court, dated Mar. 30, 2006 ("Ct. Letter"), at 1-2.)  Plaintiff

Returned to chambers for scanning on ___3-9-07___.
Scanned by chambers on 3-12-07

---

[1] The other Defendant in the case, Orient Overseas Container
Line, Ltd. ("OOCL"), was dismissed from the action by
stipulation. (See Stipulation and Order of Dismissal dated Feb.
21, 2006.)

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-6-07